IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**THOMAS SOARD**                                                          **PLAINTIFF**
**ADC #554230**

v.                  **CASE NO. 2:24-CV-00099-BSM**

**CHRISTOPHER BUDNIK,** *et al.*                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE